UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SONIA L. MEZQUITA VEGA,<br><br>    Defendant. | CASE NO. CR20-120-6 RSM<br><br>DETENTION ORDER |

Offenses charged:

1. Conspiracy to Commit Money Laundering;

2. Money Laundering.

Date of Detention Hearing:   May 24th, 2022.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. §3142(f) and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required.

DETENTION ORDER
PAGE -1

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. According to the government Defendant engaged in a multiple year money laundering conspiracy in a supervisory role. She is alleged to have travelled to multiple states in furtherance of the conspiracy to launder drug proceeds.

2. Defendant poses a risk of flight based on her lack of ties to this District and the lack of significant ties to the United States. Defendant's friends and family, including her four children, reside in Mexico. She has no lawful status in the United States. Based upon the significant sums of money involved in the alleged conduct and her supervisory role, Defendant faces a significant term of imprisonment, which provides an incentive to flee.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the Defendant's appearance at future Court hearings.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Probation

Services Officer.

DATED this 24th day of May, 2022.

*S. Kate Vaughan*

S. KATE VAUGHAN
United States Magistrate Judge

DETENTION ORDER
PAGE -3