THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR20-120 RSM |
| Plaintiff, ) | |
| ) | ORDER GRANTING MOTION TO |
| v. ) | CONTINUE TRIAL AND EXTEND |
| ) | PRETRIAL MOTIONS DEADLINE |
| ROLANDO ESPINDOLA ) | |
| HERNANDEZ, ) | |
| ) | |
| Defendant. ) | |

THE COURT has considered the unopposed motion of the defendant Rolando Espindola Hernandez to continue the trial date now set for January 23, 2023, and pretrial motions deadline set for December 1, 2022, has been notified by co-defendants Sonia Mezquita Vega and Pedro Parra that they join in the motion and finds that:

(a) taking into account the exercise of due diligence, a failure to grant a continuance in this case would deny counsels for the defendants the reasonable time necessary for effective preparation due to counsels' need for more time to review the evidence, consider possible defenses, and gather evidence material to the defense, as set forth in 18 U.S.C. § 3161(h)(7)(B)(iv);

(b) a failure to grant such a continuance in this proceeding would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i);

(c) the additional time requested is a reasonable period of delay, as the defendants have requested more time to prepare for trial, to investigate the matter, to gather evidence material to their defense, and to consider possible defenses;

ORDER GRANTING MOTION TO CONTINUE
TRIAL AND EXTEND PRETRIAL MOTIONS
DEADLINE - 1

Peter A. Camiel
Camiel & Chaney P.S.
2815 Elliott Avenue, Suite 100
Seattle, Washington 98121
(206)636-1725

(d) the ends of justice will best be served by a continuance, and the ends of justice outweigh the best interests of the public and the defendants in any speedier trial, as set forth in 18 U.S.C. § 3161(h)(7)(A);

(e) the additional time requested between the current trial date of January 23, 2023, and the new trial date is necessary to provide counsel for the defendants the reasonable time necessary to prepare for trial, considering counsel's schedule and all of the facts set forth above;

(f) the period of delay from the date of this order to the new trial date is excludable time pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS THEREFORE ORDERED that the trial date in this matter shall be continued to April 3, 2023, and that pretrial motions shall be filed no later than February 23, 2023.

IT IS FURTHER ORDERED that the defendants who have joined this motion shall file speedy trial waivers no later than December 30, 2022, to the extent they have not already done so.

DONE this 12th day of December, 2022.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER GRANTING MOTION TO CONTINUE
TRIAL AND EXTEND PRETRIAL MOTIONS
DEADLINE - 2

Peter A. Camiel
Camiel & Chaney P.S.
2815 Elliott Avenue, Suite 100
Seattle, Washington 98121
(206)636-1725