UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>SONIA MEZQUITA VEGA,<br><br>　　　　　Defendant. | Case No. CR20-120RSM<br><br>ORDER GRANTING MOTION TO CONTINUE PRETRIAL MOTIONS DEADLINE |

　　　　This matter comes before the Court on the stipulated motion of the government and defendant Sonia L. Mezquita Vega to continue pre-trial motions in this matter, and to set a new pre-trial motions cutoff. Having considered the motion, any responses and objections, and all the files and records herein, the Court finds and rules as follows:

　　　　THIS COURT FINDS that the parties stipulate and agree to continue the pre-trial motions due date from February 23, 2023 to March 9, 2023 to allow the parties sufficient time to conclude plea negotiations in this matter. Now, therefore,

　　　　IT IS HEREBY ORDERED that pretrial motions will be filed no later than March 9, 2023.

　　　　DONE this 23rd day of February, 2023.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　RICARDO S. MARTINEZ
　　　　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE

ORDER - 1